An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID L. CUNNINGHAM,
Appellant,
vs.
SCOTT N. FREEMAN; AND LAW
OFFICES OF FREEMAN AND RIGGS,
Respondents.

No. 69194

FILED

DEC 10 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's motion to suppress his deposition. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statue or court rule provides for an appeal from an order denying a motion to suppress a deposition. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37662

cc: Hon. James Todd Russell, District Judge
David L. Cunningham
Law Offices of Mark Wray
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2